# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TASHIMA, A. WALLACE | U.S.C.A. - Ninth Circuit | 05/15/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Senior | ☐ Nomination,    Date <br> ☐ Initial    ☒ Annual    ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 125 South Grand Avenue <br> Pasadena, CA 91105-1652 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director & Secretary | K.I.T. & Company, Inc. ▓▓ incorporated business) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 11:11 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| TASHIMA, A. WALLACE | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | K.I.T. & Co., Inc. - Self Empl. Retailer ▮ | |
| 2. 3/29/06 | Thomson/West, Eagan, MN - Royalties | $ 15,524.00 |
| 3. 9/26/06 | Thomson/West, Eagan, MN - Royalties | $ 46,182.00 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION | |
|---|---|---|
| 1. U.C.L.A. Law School | Lunch, Mar. 15, 2006 | |
| 2. Southwestern Law School | Lunch, Oct. 27, 2006 | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TASHIMA, A. WALLACE | 05/15/2007 |

6.

7.

8.

9.

| Name of Person Reporting | Date of Report |
|---|---|
| TASHIMA, A. WALLACE | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Washington Mutual, Los Angeles, CA | Mortgage on investment property (J) | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TASHIMA, A. WALLACE | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dreyfus Liquid Asset Fund | B | Dividend | L | T | | | | | |
| 2. Rowe Price Int'l Bond Fund | A | Dividend | J | T | | | | | |
| 3. John Hancock Money Market Fund | B | Dividend | L | T | | | | | |
| 4. Rowe Price Equity Income Fund | B | Dividend | K | T | | | | | |
| 5. W.L. Morgan Growth Fund (Vanguard) | A | Div. & C.G | K | T | | | | | |
| 6. Vanguard Windsor II Fund | B | Div. & C.G | K | T | | | | | |
| 7. K.I.T. & Company, Inc. (common stock & notes) | A | None | M | U | | | | | |
| 8. Citibank (formerly Cal. Fed.)█ | A | Interest | M | T | | | | | |
| 9. Honeywell Intl. Common (formerly Allied-Signal) | A | Dividend | J | T | | | | | |
| 10. Chas. Schwab & Co. Brokerage Acct. Money Market | A | Dividend | J | T | | | | | |
| 11. Hendricks Villa, Inc., common | G | Dividend | O | U | | | | | |
| 12. Citibank (formerly Cal Fed ) -Checking (2) | A | Interest | L | T | | | | | |
| 13. Citibank (formerly Cal Fed) - Savings | A | Interest | J | T | | | | | |
| 14. Janus Research (formerly Mercury) Fund | A | Dividend | K | T | | | | | |
| 15. Rental Prop. #2, L.A., CA Appraisal Date: 12/17/03 | E | Rent | P1 | Q | | | | | |
| 16. Janus Orion (formerly Olympus) Fund | A | Dividend | J | T | | | | | |
| 17. Bank of America | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TASHIMA, A. WALLACE | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Washington Mutual Bank | B | Interest | L | T | | | | | |
| 19. Hendricks Villa Inc., common ███ | G | Dividend | P1 | W | | | | | |
| 20. Promissory Note ███ | D | Interest | N | T | | | | | |
| 21. Citibank ███ Trust | | None | L | T | | | | | |
| 22. Citibank ███ Trust (CYP) | | None | J | T | | | | | |
| 23. Citibank ███ Custodian of Gaby Perez | A | Interest | J | T | | | | | |
| 24. Citibank ███ Custodian of Joji Perez | A | Interest | J | T | | | | | |
| 25. Citibank ███ Custodian of Jason Perez | A | Interest | J | T | | | | | |
| 26. Golden State Scholarshare Trust ███ Gabriela Perez, Benef. | B | Dividend | L | T | | | | | |
| 27. Golden State Scholarshare Trust ███ Joji Perez, Beneficiary | B | Dividend | L | T | | | | | |
| 28. Golden State Scholarshare Trust ███ Jason Perez, Beneficiary | B | Dividend | L | T | | | | | |
| 29. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

All of the assets listed in Part VII, lines 23-32, are held by my ████ as ████ (or otherwise in a trust capacity) and I have no beneficial interest in said assets.